# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REBECCA ELDERS-CAMERON, and ASHLEY CAMERON<br><br>      PLAINTIFF,<br><br>v.<br><br>ERIC ABSHIRE,<br>TLXPRESS, LLC, and<br>CANAL INSURANCE COMPANY,<br><br>      DEFENDANTS. | CIVIL ACTION NO. |

_____

## CONSENT NOTICE OF REMOVAL
_____

COME NOW, Defendants ERIC ABSHIRE, TLXPRESS, LLC, AND CANAL INSURANCE COMPANY ("Defendants") and hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice, Defendants state as follows:

**PROCEDURAL BACKGROUND AND PREREQUISITES**

1.     Plaintiff commenced a civil action against Defendants on or about August 4, 2021, in the State Court of Dekalb County, State of Georgia, Civil Action File No. 21A03642 (the "State Court Action").

2.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the Defendant Eric Abshire was served with a copy of the Summons and Complaint in the State Court Action on August 12, 2021; Defendant Canal Insurance Company was served with a copy of the Summons and Complaint in the State Court Action on August 10, 2021; and Defendant TLXpress, LLC was served with a copy of the Summons and Complaint in the State Court Action on September 9, 2021.

3.      Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** are copies of all process and pleadings served upon Defendants to date in the State Court Action. (*See* Ex. A.)

4.      A removal notice and a copy of the instant Notice of Removal shall be filed with the Clerk of the State Court of Dekalb County, State of Georgia, and shall be served on Plaintiff.  A true and correct copy of the removal notice that the undersigned will file with the Clerk of the State Court for Dekalb County, State of Georgia is attached hereto as **Exhibit B**.

5.      Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441 and 1446 because the State Court Action is currently pending in this Judicial District.

## Diversity Jurisdiction

6.      Removal of this action is proper under 28 U.S.C. § 1332 because the citizenships of the parties are fully diverse and the amount in controversy for

Plaintiff's claim is more than $75,000.00 exclusive of interest and costs.

### *Complete Diversity of Citizenship*

7. Both at the time the Complaint was filed and at the time of filing this Notice of Removal, Plaintiffs Rebecca Elders-Cameron and Ashley Cameron are and have remained citizens of the State of Georgia.

8. Defendant Eric Abshire is and has remained a citizen of the State of Alabama.

9. Defendant TLXpress, LLC is an Alabama company with its principal place of business in Alabama. Its two members are both residents of Alabama. Jeff Brugmans resides at 128 Wild Timber Parkway, Pelham, Alabama 35124, and Daniel Edgecombe resides at 7319 Highway 10, Montevallo, Alabama, 35115. As a result, Defendant TLXpress, LLC is considered a citizen of the State of Alabama for the purposes of diversity jurisdiction analysis.

10. Defendant Canal Insurance Company is a South Carolina corporation with its principal place of business in South Carolina, and as a result, is considered a citizen of the State of South Carolina for the purposes of diversity jurisdiction analysis.

11. Accordingly, there exists complete diversity of citizenship between Plaintiff and Defendants.

### *Amount in Controversy*

12. Plaintiffs' Complaint alleges special damages for medical expenses incurred by both Plaintiffs as a result of serious injuries, as well as unknown future medical expenses, and future medical non-economic damages for pain and suffering, inconvenience, and other damages. (Compl. ¶¶ 46 - 52.) Plaintiff Elders-Cameron also claims lost wages as a result of the accident. (Compl. ¶ 49.) Furthermore, Plaintiffs' Complaint seeks the recovery of punitive damages. (Compl. ¶¶ 52.) Additionally, Plaintiffs both state they continue to suffer and seek medical attention as a result of the incident. (Compl. ¶¶ 49 and 51.) Plaintiff Elders-Cameron alleged medical special damages are currently in excess of $62,515.21 and she is also seeking a lost wage claim in excess of $20,000.00. Plaintiff Cameron alleged his medical special damages are currently in excess of $60,647.90.

13. In circumstances such as those presented in the instant case, "a removing defendant is not required to prove the amount in controversy beyond all doubt or to banish all uncertainty about it." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010). Plaintiffs have claimed compensatory damages, including non-economic damages and special damages in the form of present and future medical expenses, pain and suffering, and lost wages.

14. Unspecified claims for general damages may be used to satisfy the amount in controversy requirement for removal. *See Buescher v. Falcon Mezzanine Partners, LP*, No. 7:07-CV-89 (HL), 2008 U.S. Dist. LEXIS 41809, at *10 (M.D. Ga. 2008) (confirming that it is "undoubtedly true" that the Eleventh Circuit permits litigants to use general damages to satisfy the amount in controversy requirement); *Turner v. Wal-Mart Stores, Inc.*, No. 7:11-CV-181 (HL), 2012 U.S. Dist. LEXIS 2428, *3 (M.D. Ga. 2012) (finding alleged special damages totaling $58,652.94 and unspecified general damages were sufficient for amount in controversy requirement). When accompanied by evidence, the Court is permitted to use "reasonable deductions, reasonable inferences, or other reasonable extrapolations" in assessing amount in controversy. *Pretka*, 608 F.3d at 754.

15. Accordingly, based on Plaintiffs' allegations and the evidence of special damages incurred to date presented by Plaintiffs in their demands, the amount in controversy in this case exceeds $75,000.00.

16. Plaintiff consents to and has no objection to the removal of this case to the Northern District of Georgia, Atlanta Division.

**WHEREFORE**, for the foregoing reasons, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441. Defendants respectfully request that this

action proceed before this Court.

Respectfully submitted this 7th day of September, 2021.

        O'DANIEL McDONALD, LLC

        */s/Clay S. O'Daniel*
        Clay S. O'Daniel
        Georgia Bar No. 843070
        Joel P. Purser
        Georgia Bar No. 748466
        9040 Roswell Road, Suite 500
        Atlanta, GA 30350
        (404) 419-6300
        (404) 419-6301 fax
        codaniel@odmclaw.com
        jpurser@odmclaw.com

        Attorneys for Defendants

        **Consented to by:**

        SCHNEIDER HAMMERS LLC

        */s/Campbell Williamson* (*signed with express permission by CSO*)
        Cambell Williamson
        Georgia Bar No. 841365
        Jason E. Duncan
        Georgia Bar No. 557510
        5555 Glenridge Connector
        Suite 975
        Atlanta, GA 30342
        (770) 900-9000
        *campbell@schneiderhammers.com*
        *duncan@schneiderhammers.com*

        Attorneys for Plaintiffs

MONTLICK & ASSOCIATES, P.C.

*/s/Kathleen M. Edwards-Opperman*
(*signed with express permission by CSO*)
Kathleen M. Edwards-Opperman
Georgia Bar No. 241460
17 Executive Park Drive
Suite 300
Atlanta, GA 30329
(404) 235-5000
kopperman@montlick.com

Attorney for Plaintiffs

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

This 7th day of September, 2021.

/s/Clay S. O'Daniel<br>
Clay S. O'Daniel

## CERTIFICATE OF SERVICE

This certifies that I have this day served the Plaintiff's counsel of record with a copy of the within and foregoing **CONSENT NOTICE OF REMOVAL** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Campbell Williamson
Jason E. Duncan
5555 Glenridge Connector
Suite 975
Atlanta, GA 30342

Kathleen Edwards-Opperman
17 Executive Park Drive
Suite 300
Atlanta, GA 30329

This 7th day of September, 2021.

/s/Clay S. O'Daniel
Clay S. O'Daniel
